# Exhibit 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-176-473

**Effective Date of Registration:**
October 12, 2019
**Registration Decision Date:**
November 05, 2019

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:**   July 08, 2019 to July 08, 2019

## Title

|  |  |
|---|---|
| **Title of Group:** | 2019 Product: Cameras |
| **Number of Photographs in Group:** | 25 |
| • **Individual Photographs:** | HERO8_Black_-45_Fingers, HERO8_Black_-45, HERO8_Black_-90_Fingers, HERO8_Black_-90,HERO8_Black_-135_Fingers, HERO8_Black_-135,HERO8_Black_-180,HERO8_Black_45_Vertical_Photo_Mode,HERO8_Black_45_Vertical_Video_Mode,HERO8_Black_45_Vertical_Video_Recording,HERO8_Black_135_Photo_Mode,HERO8_Black_135_Video_Mode,HERO8_Black_135_Video_Recording,HERO8_Black_135,HERO8_Black_ThreeQuarter,MAX_-45_Fingers,MAX_-45,MAX_-90_Fingers,MAX_-90,MAX_-135_Fingers,MAX_-135,MAX_0,MAX_45_Video_Recording,MAX_90_Video_Recording,MAX_135_Video_Recording, |
| **Published:** | July 2019 |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2019 |
| **Earliest Publication Date in Group:** | July 08, 2019 |
| **Latest Publication Date in Group:** | July 08, 2019 |
| **Nation of First Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | GoPro, Inc. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

**Copyright Claimant:**   GoPro, Inc.
3000 Clearview Way, San Mateo, CA, 94402, United States

## Certification

**Name:**   Kathy Tsai
**Date:**   October 12, 2019

**Copyright Office notes:**   Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration #:**   VA0002176473
**Service Request #:**   1-8154874151



GoPro, Inc.
Kathy Tsai
3000 Clearview Way
San Mateo, CA 94402 United States

**GoPro Max (G):**
Registration No. VA 2-176-473
Date of registration: 10/12/2019

| | |
|---|---|
| G1:<br>MAX_90_Video_Recording |  |
| G2: MAX_0 |  |
| G3: MAX_-45 |  |
| G4: MAX_-135 |  |
| G5:<br>MAX_45_Video_Recording |  |

| G6: MAX_-90 |  |
|---|---|
| G7: MAX_-135_Fingers |  |
| G8: MAX_-90_Fingers |  |

## GoPro Hero8 Cameras (F):
Registration No. VA 2-176-473
Date of registration: 10/12/2019

| | |
|---|---|
| F1: HERO8_Black_-45 |  |
| F2: HERO8_Black_-90_Fingers |  |
| F4: HERO8_Black_45_Vertical_Photo_Mode |  |
| F5: HERO8_Black_135_Photo_Mode |  |

| F7: HERO8_Black_-135_Fingers |  |
|---|---|
| F8: HERO8_Black_135 |  |
| F9: HERO8_Black_ThreeQuarter |  |

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-331-408

**Effective Date of Registration:**
December 05, 2022
**Registration Decision Date:**
December 22, 2022

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   September 16, 2020 to September 16, 2020

## Title _____

**Title of Group:**   2020 Product: HERO9 Black + Car Wheel (burnout)
**Number of Photographs in Group:**   11

- **Individual Photographs:**   SI10010_Hero9Black_0_NoFingers,
  SI10010_Hero9Black_-45_Fingers,
  SI10010_Hero9Black_-45_NoFingers,
  SI10010_Hero9Black_-90_Fingers,
  SI10010_Hero9Black_90_NoFingers,
  SI10010_Hero9Black_-90_NoFingers,
  SI10010_Hero9Black_135_NoFingers,
  SI10010_Hero9Black_-135_NoFingers,
  SI10010_Hero9Black_-180_NoFingers,
  SI10010_Hero9Black_Bottom_NoFingers,
  SI10010_Hero9Black_ThreeQuarter_Fingers

**Published:**   September 2020

## Completion/Publication _____

**Year of Completion:**   2020
**Earliest Publication Date in Group:**   September 16, 2020
**Latest Publication Date in Group:**   September 16, 2020
**Nation of First Publication:**   United States

## Author _____

- **Author:**   GoPro, Inc.
  **Author Created:**   photographs
  **Work made for hire:**   Yes
  **Citizen of:**   United States

## Copyright Claimant _____

**Copyright Claimant:** GoPro, Inc.
3025 Clearview Way, San Mateo, CA, 94402, United States

## Certification _____

**Name:** Andrea Cho
**Date:** December 05, 2022
**Applicant's Tracking Number:** 34076.21

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.



**Registration #:** VA0002331408
**Service Request #:** 1-11996108041

Hanson Bridgett LLP
Raffi Zerounian
425 Market St, 26th Floor
San Francisco, CA 94105 United States

## GoPro Hero9 Wheel (I):
Registration: VA 2-331-408
Date of registration: December 5, 2022

| | |
|---|---|
| I1<br>SI10010_Hero9Black_135_NoFingers |  |
| I2:<br>SI10010_Hero9Black_90_NoFingers |  |
| I3: SI10010_Hero9Black_-45_Fingers |  |

| I4: SI10010_Hero9Black_-90_Fingers | |
|---|---|
| I5: SI10010_Hero9Black_-90_NoFingers | |
| I6: SI10010_Hero9Black_-135_NoFingers | |



| | |
|---|---|
| I7: SI10010_Hero9Black_ThreeQuarter_Fingers | |
| I8: SI10010_Hero9Black_-180_NoFingers | |
| I9: SI10010_Hero9Black_Bottom_NoFingers | |



Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tesle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VAu 1-337-071

**Effective Date of Registration:**
August 31, 2018

---

## Copyright Registration for a Group of Unpublished Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(j)

### Title _____

**Title of Group:** HERO7 Cameras
**Number of Photographs in Group:** 39

### Completion/Publication _____

**Year of Completion:** 2018

### Author _____

- **Author:** GoPro, Inc.
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Citizen of:** United States

### Copyright Claimant _____

**Copyright Claimant:** GoPro, Inc.
3000 Clearview Way, San Mateo, CA, 94402

### Rights and Permissions _____

**Organization Name:** GoPro, Inc.
**Address:** 3000 Clearview Way
San Matero, CA 9402

### Certification _____

**Name:** Kathy Tsai
**Date:** August 31, 2018

**Copyright Office notes:**  Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of unpublished photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) are unpublished AND (b) were created by the same author AND (c) are owned by the same copyright claimant AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title and file name for each photograph included in the group must be uploaded along with other required application materials.  The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration #:** VAu001337071
**Service Request #:** 1-6912710051

GoPro, Inc.
Kathy Tsai
3000 Clearview Way
San Mateo, CA 94402 United States

**GoPro Hero7 Cameras (D):**

Registration No. VAu 1-337-071
Date of registration: 8/31/2018

| | |
|---|---|
| D1: HERO7_White_0 |  |
| D2: HERO7_White_270_Portrait_Photo_Mode |  |
| D3: HERO7_White_180 |  |
| D4: HERO7_White_135 |  |
| D5: HERO7_White_270_Landscape_Photo_Mode |  |

| | |
|---|---|
| D6: HERO7_Black_45 |  |
| D7: HERO7_Black_180 |  |
| D8: HERO7_Black_315 |  |
| D9: HERO7_Black_135_Landscape_Live_Video |  |
| D10: HERO7_Silver_270_Landscape_Video_Mode |  |
| D11: HERO7_Silver_270 |  |

| | |
|---|---|
| D12:<br>HERO7_Black_270_Landscape_Live_Video |  |
| D13: HERO7_Black_Midnight_ThreeQuarter |  |
| D13:<br>HERO7_Black_135_Landscape_Video_Mode |  |
| D14: HERO7_Black_Midnight_315 |  |
| D15: HERO7_Silver_45 |  |

| D16:<br>HERO7_Black_270_Portrait_Photo_Mode |  |

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## VAu 1-407-358

**Effective Date of Registration:**
September 01, 2020
**Registration Decision Date:**
October 02, 2020

---

## Copyright Registration for a Group of Unpublished Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(j)

## Title _____

| | |
|---|---|
| **Title of Group:** | 2020 HERO9 Black |
| **Number of Photographs in Group:** | 21 |

- **Individual Photographs:** SI10008_-180_HERO9Black_BW,SI10008_-
180_HERO9Black_Colored,SI10008_75_Portrait_BW,SI10008_75_Portrait_C
olored,SI10008_-90_HERO9_Black,SI10008_-
90_HERO9_Black_Colored,SI10008_-
90_HERO9Black_TechnicalLens,SI10008_HERO9_Black_MKs
Angle,SI10008_MKs_Angle_HERO9_Black_NoLightFlare,SI10008_MKs_A
ngle_HERO9_Black_NoLightFlare_NoColor,SI10010_Hero9Black_0_NoFing
ers,SI10010_Hero9Black_135_NoFingers,SI10010_Hero9Black_-
135_NoFingers,SI10010_Hero9Black_-
180_NoFingers,SI10010_Hero9Black_-45_Fingers,SI10010_Hero9Black_-
45NoFingers,SI10010_Hero9Black_-
90_Fingers,SI10010_Hero9Black_90_NoFingers,SI10010_Hero9Black_-
90_NoFingers,SI10010_Hero9Black_Bottom_NoFingers,SI10010_Hero9Blac
k_ThreeQuarter_Fingers,

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2020 |

## Author _____

| | |
|---|---|
| **Author:** | GoPro, Inc. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | GoPro, Inc. |

3025 Clearview Way, San Mateo, CA, 94402, United States

## Certification _____

|  |  |
|---|---|
| **Name:** | Kathy Tsai |
| **Date:** | September 01, 2020 |

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of unpublished photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) are unpublished AND (b) were created by the same author AND (c) are owned by the same copyright claimant AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title and file name for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**GoPro Hero9 Light (H):**
Registration: No. VAu 1-407-358
Date of registration: September 1, 2020

| | |
|---|---|
| H1: SI10010_Hero9Black_ThreeQuarter_Fingers |  |
| H2: SI10010_Hero9Black_-180_NoFingers |  |
| H3: SI10010_Hero9Black_Bottom_NoFingers |  |
| H4: SI10010_Hero9Black_135_NoFingers |  |

| H5: SI10010_Hero9Black_-90_NoFingers | |
|---|---|
| H6: SI10010_Hero9Black_-135_NoFingers | |
| H7: SI10010_Hero9Black_-90_Fingers | |
| H8: SI10010_Hero9Black_-45_NoFingers | |



| | |
|---|---|
| H9: SI10010_Hero9Black_90_NoFingers |  |
| H10: SI10008_MKs_Angle_HERO9_Black_NoLightFlare_NoColor | |
| H11: SI10010_Hero9Black_-45_Fingers | |

| H12: SI10010_Hero9Black_0_NoFingers | |
|---|---|
| H13: SI1008_HERO9_Black_MKs Angle | |
| H14: SI10008_MKs_Angle_HERO9_Black_NoLight Flare | |



H15: SI10008_-180_HERO9Black_Colored

H16: SI10008_-90_HERO9_Black_Colored

H17: SI10008_-180_HERO9Black_BW



| H18: SI10008_75_Portrait_Colored |  |
|---|---|
| H19: SI10008_-90_HERO9_Black | |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## VAu 1-407-538

**Effective Date of Registration:**
September 13, 2020

**Registration Decision Date:**
October 05, 2020

---

## Copyright Registration for a Group of Unpublished Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(j)

### Title _____

|  |  |
|---|---|
| **Title of Group:** | 2020 Packaging Bundle: HERO9 Black Camera Case |
| **Number of Photographs in Group:** | 10 |

- **Individual Photographs:**  SI10033_200806_Packaging_-45_H9B_Bundle,SI10033_200806_Packaging_-135_H9B,SI10033_200806_Packaging_-90_H9B_Bundle,SI10033_200806_Packaging_-90_H9B,SI10033_200806_Packaging_0_H9B,SI10033_200806_Packaging_3Quarters_H9B,SI10033_200806_Packaging_-45_H9B,SI10033_200806_Packaging_-135_H9B_Bundle2,SI10033_200806_Packaging_0_H9B_Bundle,SI10033_200806_Packaging_3Quarters_Bundle_2_H9B,

### Completion/Publication _____

|  |  |
|---|---|
| **Year of Completion:** | 2020 |

### Author _____

|  |  |
|---|---|
| • **Author:** | GoPro, Inc. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

### Copyright Claimant _____

|  |  |
|---|---|
| **Copyright Claimant:** | GoPro, Inc.<br>3025 Clearview Way, San Mateo, CA, 94402, United States |

### Certification _____

**Name:** Kathy Tsai
**Date:** September 13, 2020

---

**Copyright Office notes:**   Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of unpublished photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) are unpublished AND (b) were created by the same author AND (c) are owned by the same copyright claimant AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title and file name for each photograph included in the group must be uploaded along with other required application materials.  The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# GoPro Hero9 Packaging bundle (L):
Registration: VAu 1-407-538
Date of registration: September 13, 2020

| L1: SI10033_200806_Packaging_-90_H9B |  |
|---|---|
| L2: SI10033_200806_Packaging_-90_H9B_Bundle |  |

| | |
|---|---|
| L3: SI10033_200806_Packaging_-135_H9B |  |
| L4: SI10033_200806_Packaging_-135_H9B_Bundle2 |  |

| | |
|---|---|
| L5:<br>SI10033_200806_Packaging_3Quarters_H9B |  |
| L6: SI10033_200806_Packaging_-45_H9B_Bundle |  |

| L7: SI10033_200806_Packaging_-45_H9B |  |
|---|---|
| L8: SI10033_200806_Packaging_3Quarters_Bundle_2_H9B |  |

| L9: SI10033_200806_Packaging_0_H9B |  |
| L10: SI10033_200806_Packaging_0_H9B_Bundle |  |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## VAu 1-407-562

**Effective Date of Registration:**
September 13, 2020
**Registration Decision Date:**
October 05, 2020

---

## Copyright Registration for a Group of Unpublished Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(j)

## Title _____

| | |
|---|---|
| **Title of Group:** | 2020 HERO9 Black Media Mod |
| **Number of Photographs in Group:** | 13 |

- **Individual Photographs:** SI10025_200716_-45_HERO9Black_Media_Mod_NoWindscreen_FrameOnly,SI10025_200716_-45_HERO9Black_Media_Mod_NoWindscreen,SI10025_200716_-45_HERO9Black_Media_Mod_Windscreen_FrameOnly,SI10025_200716_-45_HERO9Black_Media_Mod_Windscreen,SI10025_200716_-90_HERO9Black_Media_Mod_NoWindscreen_FrameOnly,SI10025_200716_-90_HERO9Black_Media_Mod_NoWindscreen,SI10025_200716_-90_HERO9Black_Media_Mod_Windscreen_FrameOnly,SI10025_200716_-90_HERO9Black_Media_Mod_Windscreen,SI10025_200716_-135_HERO9Black_Media_Mod_NoWindscreen_FrameOnly,SI10025_200716_-135_HERO9Black_Media_Mod_NoWindscreen,SI10025_200716_-135_HERO9Black_Media_Mod_Windscreen_FrameOnly,SI10025_200716_-135_HERO9Black_Media_Mod_Windscreen,SI10025_HERO9Black_Media_Mod_Packaging

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2020 |

## Author _____

| | |
|---|---|
| **Author:** | GoPro, Inc. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | GoPro, Inc. |

Page 1 of 2

3025 Clearview Way, San Mateo, CA, 94402, United States

## Certification

|                              |                    |
|-----------------------------:|--------------------|
| **Name:**                    | Raffi Zerounian    |
| **Date**:                    | September 13, 2020 |
| **Applicant's Tracking Number**: | 34076.21       |

**Copyright Office notes:**    Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of unpublished photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) are unpublished AND (b) were created by the same author AND (c) are owned by the same copyright claimant AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title and file name for each photograph included in the group must be uploaded along with other required application materials.  The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# GoPro Hero9 Media Mod (K):
Registration: VAu 1-407-562
Date of registration: September 13, 2020

| | |
|---|---|
| K1: SI10025_200716_-135_HERO9Black_Media_Mod_Windscreen |  |
| K2: SI10025_200716_-135_HERO9Black_Media_Mod_NoWindscreen_FrameOnly |  |
| K3: SI10025_200716_-135_HERO9Black_Media_Mod_Windscreen_FrameOnly |  |

| K4: SI10025_200716_-135_HERO9Black_Media_Mod_NoWindscreen |  |
|---|---|
| K5: SI10025_200716_-90_HERO9Black_Media_Mod_Windscreen |  |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## VAu 1-407-667

**Effective Date of Registration:**
October 06, 2020
**Registration Decision Date:**
October 06, 2020

---

## Copyright Registration for a Group of Unpublished Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(j)

## Title _____

| | |
|---|---|
| **Title of Group:** | 2020 HERO9 Black Protective Housing |
| **Number of Photographs in Group:** | 4 |
| • **Individual Photographs:** | SI10023_-90_HERO9Black_Protective_Housing,SI10023_-90_Protective_Housing_ForH9,SI10023_-135_HERO9Black_Protective_Housing,SI10023_-135_Protective_Housing_ForH9 |

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2020 |

## Author _____

| | |
|---|---|
| • **Author:** | GoPro, Inc. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | GoPro, Inc. |
| | 3025 Clearview Way, San Mateo, CA, 94402, United States |

## Certification _____

| | |
|---|---|
| **Name:** | Raffi Zerounian |
| **Date:** | September 13, 2020 |
| **Applicant's Tracking Number:** | 34076.21 |

**Correspondence:** Yes

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of unpublished photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) are unpublished AND (b) were created by the same author AND (c) are owned by the same copyright claimant AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title and file name for each photograph included in the group must be uploaded along with other required application materials.  The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

## GoPro Hero9 Housing (J):
Registration: VAu 1-407-667
Date of registration: 10/6/2020

| | |
|---|---|
| J1: SI10023_-90_HERO9Black_Protective_Housing |  |
| J2: SI10023_-135_HERO9Black_Protective_Housing |  |
| J3: SI10023_-90_Protective_Housing_ForH9 |  |

| J4: SI10023_-<br>135_Protective_Housing_ForH9 |  |

Certificate of Registration

 

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VAu 1-444-037

**Effective Date of Registration:**
August 31, 2021
**Registration Decision Date:**
September 24, 2021

## Copyright Registration for a Group of Unpublished Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(j)

### Title _____

**Title of Group:** 2021 Product Packaging: HERO10 Black
**Number of Photographs in Group:** 5

- **Individual Photographs:** SI10086_200806_Packaging_3Quarters_2_H10B,
  SI10086_200806_Packaging_0_H10B,
  SI10086_200806_Packaging_-90_H10B,
  SI10086_200806_Packaging_-135_H10B,
  SI10086_200806_Packaging_-45_H10B

### Completion/Publication _____

**Year of Completion:** 2021

### Author _____

- **Author:** GoPro, Inc.
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Citizen of:** United States

### Copyright Claimant _____

**Copyright Claimant:** GoPro, Inc.
3025 Clearview Way, San Mateo, CA, 94402

### Certification _____

**Name:** Andrea Cho
**Date:** August 31, 2021

**Applicant's Tracking Number**:   34076.21

---

**Copyright Office notes:**   Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of unpublished photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) are unpublished AND (b) were created by the same author AND (c) are owned by the same copyright claimant AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title and file name for each photograph included in the group must be uploaded along with other required application materials.  The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration #:**   VAu001444037
**Service Request #:**   1-10810606952



Hanson Bridgett LLP
Raffi Zerounian
777 S Figueroa St
Suite 4200
Los Angeles, CA 90017

## GoPro Hero10 Bundle Packaging (O):
Registration: VAu 1-444-037
Date of registration: Filed on August 31, 2021

O1: SI10086_200806_Packaging_-90_H10B



O2: SI10086_200806_Packaging_-135_H10B



| O3: SI10086_200806_Packaging_3Quarters_2_H10B |  |
| --- | --- |
| O4: SI10086_200806_Packaging_-45_H10B |  |

O5: SI10086_200806_Packaging_0_H10B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VAu 1-432-651

**Effective Date of Registration:**
June 01, 2021
**Registration Decision Date:**
June 04, 2021

## Copyright Registration for a Group of Unpublished Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(j)

### Title _____

**Title of Group:** 2021 Product HERO10 Black
**Number of Photographs in Group:** 19

- **Individual Photographs:** SI10064_90_HERO10_Black_Door_Open,SI10064_90_HERO10_Black,SI10 064_140_HERO10_Black_Elevated_Fingers,SI10064_135_HERO10_Black_F loating_Fingers,SI10064_135_HERO10_Black,SI10064_130_HERO10_Black _Elevated,SI10064_0_HERO10_Black_Side,SI10064_-90_Top_Down,SI10064_-90_HERO10_Black_QR_Buckle,SI10064_-90_HERO10_Black_Door_Open,SI10064_-90_HERO10_Black,SI10064_-75_HERO10_Black_Vertical,SI10064_-45_HERO10_Black_QR_Buckle,SI10064_-45_HERO10_Black,SI10064_-35_HERO10_Black_Bottom_Up_Fingers,SI10064_-180_HERO10_Black,SI10064_-155_HERO_10_Black,SI10064_-135_HERO10_Black,SI10064_-115_HERO10_Black_Top_Down

### Completion/Publication _____

**Year of Completion:** 2021

### Author _____

- **Author:** GoPro, Inc.
**Author Created:** photographs
**Work made for hire:** Yes
**Citizen of:** United States

### Copyright Claimant _____

**Copyright Claimant:** GoPro, Inc.
3025 Clearview Way, San Mateo, CA, 94402, United States

Page 1 of 2

## Certification

|  |  |
|---|---|
| **Name:** | Raffi Zerounian |
| **Date:** | June 01, 2021 |
| **Applicant's Tracking Number:** | 34076.21 |

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of unpublished photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) are unpublished AND (b) were created by the same author AND (c) are owned by the same copyright claimant AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title and file name for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

## GoPro Hero10 (N):
Registration: VAu 1-432-651
Registration date:  September 16, 2021

| | |
|---|---|
| N2: SI10064_-35_HERO10_Black_Bottom_Up_Fingers |  |
| N3: SI10064_-90_HERO10_Black_Door_Open |  |
| N4: SI10064_-45_HERO10_Black |  |

| | |
|---|---|
| N5: SI10064_-<br>75_HERO10_Black_Vertical |  |
| N6: SI10064_-<br>45_HERO10_Black_QR_Buckle | |
| N7: SI10064_-<br>90_HERO10_Black_QR_Buckle | |

| | |
|---|---|
| N8: SI10064_-90_HERO10_Black |  |
| N9: SI10064_135_HERO10_Black_Floating_Fingers | |
| N10: SI10064_-90_Top_Down | |
| N11: SI10064_130_HERO10_Black_Elevated | |

| N12: SI10064_135_HERO10_Black | |
|---|---|
| N13: SI10064_0_HERO10_Black_Side | |



| | |
|---|---|
| N14: SI10064_140_HERO10_Black_Elevated_Fingers |  |
| N15: SI10064_-135_HERO10_Black | |
| N16: SI10064_-115_HERO10_Black_Top_Down | |

| | |
|---|---|
| N17: SI10064_90_HERO10_Black_Door_Open |  |
| N18: SI10064_90_HERO10_Black | |
| N19: SI10064_-180_HERO10_Black | |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-096-117

**Effective Date of Registration:**
March 30, 2017

## Title

**Title of Work:** Group Registration Photos, HERO5 Black, published September 19, 2016; 28 photos

**Previous or Alternate Title:** HERO5 Black

**Content Title:** HERO5 Black 0, September 19, 2016; HERO5 Black 45, September 19, 2016; HERO5 Black 45 Battery Insert, September 19, 2016; HERO5 Black 90, September 19, 2016; HERO5 Black 135, September 19, 2016; HERO5 Black 180, September 19, 2016; HERO5 Black 225, September 19, 2016; HERO5 Black 270, September 19, 2016; HERO5 Black 315, September 19, 2016; HERO5 Black Package 0, September 19, 2016; HERO5 Black Package 45, September 19, 2016; HERO5 Black Package 315, September 19, 2016; HERO5 Black Supersuit 0, September 19, 2016; HERO5 Black Supersuit 45, September 19, 2016; HERO5 Black Sueprsuit 90, September 19, 2016; HERO5 Black Supersuit 135, September 19, 2016; HERO5 Black Supersuit 180, September 19, 2016; HERO5 Black Supersuit 225, September 19, 2016; HERO5 Black Supersuit 270, September 19, 2016; HERO5 Black Supersuit 315, September 19, 2016; HERO5 Black The Frame 0, September 19, 2016; HERO5 Black The Frame 45, September 19, 2016; HERO5 Black The Frame 90, September 19, 2016; HERO5 Black The Frame 135, September 19, 2016; HERO5 Black The Frame 180, September 19, 2016; HERO5 Black The Frame 225, September 19, 2016; HERO5 Black The Frame 270, September 19, 2016; HERO5 Black The Frame 315, September 19, 2016

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** September 19, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** GoPro, Inc., employer for hire of Stephen Gutierrez
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** GoPro, Inc.
3000 Clearview Way, San Mateo, CA, 94402, United States

## Rights and Permissions

**Organization Name:** GoPro, Inc.
**Telephone:** (650)332-7600
**Address:** 3000 Clearview Way
San Mateo, CA 94402 United States

## Certification

**Name:** Kathy Tsai
**Date:** January 11, 2018

**Correspondence:** Yes
**Copyright Office notes:** Basis for Registration: REGISTERED AS A GROUP OF PUBLISHED
PHOTOGRAPHS

**Registration #:**   VA0002096117
**Service Request #:**   1-4318571980

GoPro, Inc.
Kathy Tsai
3000 Clearview Way
San Mateo, CA 94402 United States

HERO5 Copyright registration: VA 2-096-117

HERO5_Black_Package_315



HERO5_Black_45



HERO5_Black_TheFrame_315



HERO5_Black_TheFrame_270



HERO5_Black_TheFrame_180



HERO5_Black_TheFrame_225



HERO5_Black_TheFrame_135



HERO5_Black_TheFrame_45



HERO5_Black_TheFrame_90



HERO5_Black_Supersuit_315



HERO5_Black_Supersuit_270



HERO5_Black_TheFrame_0



HERO5_Black_Supersuit_225



HERO5_Black_Supersuit_180



HERO5_Black_Supersuit_135



HERO5_Black_Package_45



HERO5_Black_Package_0



HERO5_Black_90



HERO5_Black_135



HERO5_Black_225



HERO5_Black_315



HERO5_Black_270



HERO5_Black_180



HERO5_Black_0

