UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 24-20037-CIV-MARTINEZ-BECERRA

GOPRO, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A,

    Defendant.
_____/

## ORDER DENYING MOTION TO APPEAR *PRO HAC VICE*

**THIS CAUSE** is before the Court on Plaintiff's Motion for Christopher Tom to Appear *Pro Hac Vice* ("PHV"), Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing ("Motion"). (ECF No. 8.) Upon review of the record, it appears that the Motion fails to comply with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys because Christopher Tom's standing cannot be verified with the New York Bar as listed in the motion because there are two Christopher Toms but neither have contact information listed so this Court cannot verify if he is one of the two listed on the New York Bar.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion to Appear *Pro Hac Vice*, (ECF No. 8), is **DENIED WITHOUT PREJUDICE**. Movant is granted leave to re-file a motion that complies with Local Rule 4(b).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18 day of January, 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record