UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-20037-Civ-Martinez

GOPRO, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants.
_____/

**NOTICE OF FILING PROPOSED ORDER ON
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff, GOPRO, INC., by and through its undersigned counsel, hereby gives notice that the foregoing document is being electronically filed.

Dated: June 20, 2024

Respectfully submitted,

*/s/ Rossana Baeza*
Rossana Baeza (FL Bar No. 1007668)
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street
Suite 2800
Miami, FL 33131
Tel: (305) 357-8415
rbaeza@bsfllp.com

*Counsel for Plaintiff GoPro, Inc.*