UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-20037-Civ-Martinez

GOPRO, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants.
_____/

### **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANT**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff GOPRO, INC., voluntarily dismisses the following Defendant listed on Schedule A to the Complaint without prejudice:

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 38 | Erilles 3C High Quality Store Store | https://www.aliexpress.com/store/1102011998 |

Dated: July 23, 2024

Respectfully submitted,

*/s/ Rossana Baeza*
Rossana Baeza (FL Bar No. 1007668)
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street
Suite 2800
Miami, Florida 33131
Tel: (305) 357-8415
rbaeza@bsfllp.com

*Counsel for Plaintiff GoPro, Inc.*