UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 24-20037-CIV-MARTINEZ

GOPRO, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,

    Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    **THIS CAUSE** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Motion for Preliminary Injunction, (ECF No. 5). (ECF No. 51.) Judge Sanchez filed his R&R, (ECF No. 74), recommending that Plaintiff's Motion for Preliminary Injunction be denied as moot upon the Court's entry of final default judgment. The Court has reviewed the entire file and record, and notes that no objections have been filed. Accordingly, after careful consideration, it is hereby **ORDERED AND ADJUDGED** as follows:

    1.    The Report and Recommendation, (ECF No. 74), is **AFFIRMED** and **ADOPTED**.

    2.    Plaintiff's Motion for Preliminary Injunction, (ECF No. 5), is **DENIED as moot**.

    **DONE AND ORDERED** in Miami, Florida, this 25 day of November, 2024.

                                          JOSE E. MARTINEZ
                                          UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Sanchez
All Counsel of Record