UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 24-20037-CIV-MARTINEZ

GOPRO, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,

    Defendants.
_____/

**FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

THIS MATTER comes before the Court on Plaintiff's Motion for Entry of Final Default Judgment (the "Motion"), (ECF No. 61). The Court granted the Motion in a separate Order, (ECF No. 77). Pursuant to Federal Rule of Civil Procedure 58(a), the Court hereby **ENTERS THIS SEPARATE FINAL JUDGMENT**.

Accordingly, it is **ORDERED and ADJUDGED** that **Final Default Judgment is hereby entered** in favor of Plaintiff, GOPRO, INC., ("GOPRO" or "Plaintiff"), and against the Defendant Individuals, Partnerships, or Unincorporated Associations identified on Schedule "A" hereto (collectively, "Defendants") as follows:

(1)    Permanent Injunctive Relief:

Defendants and their officers, directors, employees, agents, subsidiaries, distributors, and all persons acting in concert and participation with Defendants are hereby permanently restrained and enjoined from:

a. manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods bearing Plaintiff's trademarks, or any confusingly similar trademarks identified in Paragraph 1 of the Complaint (the "GOPRO Trademarks") (ECF No. 1);

b. using any reproduction, counterfeit, copy, derivative, or colorable imitation of the Copyrights identified in Paragraph 1 of the Complaint (the "GOPRO Copyrights") (ECF No. 1);

c. using the GOPRO Trademarks or Copyrights in connection with the sale of any unauthorized goods;

d. using any logo, and/or layout which may be calculated to falsely advertise the services or products of Defendants as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiff;

e. falsely representing themselves as being connected with Plaintiff, through sponsorship or association;

f. engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Defendants are in any way endorsed by, approved by, and/or associated with Plaintiff;

g. using any reproduction, counterfeit, copy, or colorable imitation of the GOPRO Trademarks or Copyrights in connection with the publicity, promotion, sale, or advertising of any goods sold by Defendants;

h. affixing, applying, annexing, or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods offered for sale or sold by Defendants as being those of Plaintiff or in any way endorsed by Plaintiff;

i. otherwise unfairly competing with Plaintiff;

j. using the GOPRO Trademarks or Copyrights, or any confusingly similar trademarks or works on e-commerce marketplace sites, domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and from any other form of use of such terms which are visible to a computer user or serves to direct computer searches to e-commerce stores, websites, and/or Internet businesses registered, owned, or operated by Defendants; and

k. effecting assignments or transfers, forming new entities or associations or

utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

(2) Additional Equitable Relief:

    a. Upon Plaintiff's request, the Internet marketplace website operators and/or administrators for the Internet based e-commerce stores operating under the seller identification names identified on Schedule "A" hereto (the "Seller IDs"), including but not limited to Alibaba, AliExpress, Amazon, DHGate, eBay, Temu, and Wish, shall permanently remove any and all listings and associated images of goods bearing counterfeits and/or infringements of the GOPRO Trademarks and Copyrights via the e-commerce stores operating under the Seller IDs, and any other listings and images of goods bearing counterfeits and/or infringements of the GOPRO Trademarks and Copyrights associated with the same sellers or linked to any other alias seller identification names or e-commerce stores being used and/or controlled by Defendants to promote, offer for sale and/or sell goods bearing counterfeits and/or infringements of the GOPRO Trademarks and Copyrights; and

    b. Upon Plaintiff's request, any Internet marketplace website operator and/or administrator who is in possession, custody, or control of Defendants' goods bearing one or more of the GOPRO Trademarks and Copyrights, including but not limited to Alibaba.com, Hong Kong Limited, which operates the AliExpress.com platform, DHgate.com, eBay Inc., Etsy.com, SIA Joom, which operates the Joom.com platform, Walmart.com, and Wish US Holdings, LLC, which operates the Wish.com platform, shall permanently cease fulfillment of and sequester those goods, and surrender the same to Plaintiff.

(3) Statutory damages in favor of Plaintiff pursuant to 15 U.S.C. § 1117(c):

    a. Award Plaintiff damages of $200,000.00 against each Defendant against whom Plaintiff has brought a trademark infringement claim, for which let execution issue, based upon the Court's finding that Defendants infringed at least one trademark on one type of good. The Court considered both the willfulness of Defendants' conduct and the deterrent value of the award imposed, and the awarded amount falls within the permissible statutory range under 15 U.S.C. § 1117(c).

(4) Statutory damages in favor of Plaintiff pursuant to 17 U.S.C. § 504:

    a. Award Plaintiff damages of $150,000.00 against each Defendant against whom Plaintiff has brought a copyright infringement claim, for which let execution issue, based upon the Court's finding that Defendants willfully infringed Plaintiff's Copyrights under 17 U.S.C. § 504(c). The allegations in the Complaint, which are taken as true, establish that Defaulting

3

        Defendants intentionally infringed on Plaintiff's Copyrights for the purpose of advertising, marketing, and selling their products not authorized, endorsed or approved by Plaintiff. This award is within the statutory range for a willful violation, and is sufficient to compensate Plaintiff, punish Defaulting Defendants, and deter Defaulting Defendants and others from continuing to infringe on Plaintiffs' copyrights.

(5)    All funds currently restrained or held on account for all Defendants by all financial institutions, payment processors, bank, escrow services, money transmitters, or marketplace platforms, including but not limited to, Alibaba.com, AliExpress.com, Zhejiang Ant Small and Micro Financial Services Group Co., Ltd. ("Ant Financial Services"), AliPay (China) Internet Technology Co. Ltd. and Alipay.com Co., Ltd. (collectively, "Alipay"), Amazon.com, Worldpay US, Inc. ("Worldpay"), Dunhuang Group, which operates the DHgate.com and DHPay.com platforms, eBay.com, Etsy.com, SIA Joom, which operates the Joom.com platform ("Joom"), Walmart.com, Wish, PayPal, Inc. ("PayPal"), Payoneer, PingPong, LianLian, OFX, and their related companies and affiliates, are to be immediately (within 5 business days) transferred by the previously referred to financial institutions, payment processors, bank, escrow services, money transmitters, or marketplace platforms and by Defendant, to Plaintiff and/or Plaintiff's counsel in partial satisfaction of the monetary judgment entered herein against each Defendant. All financial institutions, payment processors, bank, escrow services, money transmitters, or marketplace platforms, including but not limited to Alibaba, AliExpress, Alipay, DHgate, Joom, Wish, Wishpay, Amazon, Amazon Pay, eBay, Etsy, Walmart, PayPal, Payoneer, PingPong, LianLian, OFX, and/or their related companies and affiliates, shall provide to Plaintiff at the time the funds are released, a breakdown reflecting the (i) total funds restrained in this matter per Defendant; (ii) total chargebacks, refunds, and/or transaction reversals deducted from each Defendant's funds restrained prior to release; and (iii) total funds released per Defendant to Plaintiff.

(6)    Interest from the date this action was filed shall accrue at the legal rate. *See* 28

U.S.C. § 1961.

(7)   The bond posted by Plaintiff in the amount of $10,000.00 is hereby ordered released by the Clerk.

(8)   The Court retains jurisdiction to enforce this Final Default Judgment and Permanent Injunction.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25 day of November, 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Sanchez
All counsel of record

## Schedule A

| DOE No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 1 | AUSEK LIMITED | https://hkausek.en.alibaba.com |
| 2 | Chengdu Jingfeng Optical Technology Co., Ltd. | https://cnjf2019.en.alibaba.com |
| 3 | Dongguan Hdking Smart Technology Co. Ltd | https://hdkingcamera.en.alibaba.com |
| 4 | Guangzhou Yuexiu District Yanbing Photographic Equipment Store | https://yanbing.en.alibaba.com |
| 5 | Hunan Fanjie Biological Technology Co., Ltd. | https://hnfanjie.en.alibaba.com |
| 6 | Hunan Hanli Network Technology Co., Ltd. | https://hnhl123.en.alibaba.com |
| 7 | Quanzhou Bomeirui Import&Export Trade Co. Ltd. | https://bomeirui.en.alibaba.com |
| 8 | Shenzhen Adika Technology Co., Limited | https://adika.en.alibaba.com |
| 10 | Shenzhen Boyuan Technology Co., LTD | https://lgboyuan.en.alibaba.com |
| 12 | Shenzhen Gofuture Technology Co., Ltd. | https://car-dvr.en.alibaba.com |
| 14 | Shenzhen Huluwa Mutual Entertainment Technology Co., Ltd. | https://sparkenergy.en.alibaba.com |
| 15 | Shenzhen Jianan Technology Co., Ltd. | https://cn1522894301apri.en.alibaba.com |
| 16 | Shenzhen Jingyue Technology Co., Ltd. | https://jingyuetec.en.alibaba.com |
| 18 | Shenzhen Mingxi Trading Co., Ltd. | https://mingxi0195.en.alibaba.com |
| 19 | Shenzhen Poki Technology Co., Ltd | https://szpoki.en.alibaba.com |
| 20 | Shenzhen Sincere Tech Co., Ltd. | https://sinceretech.en.alibaba.com |
| 21 | Shenzhen Somo Technology Co., Ltd. | https://somo.en.alibaba.com |
| 22 | Shenzhen STARTRC Technology Co., Ltd. | https://startrc.en.alibaba.com/ |

| DOE No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 23 | Shenzhen Tengwenda Technology Co., Ltd. | https://tengwenda.en.alibaba.com |
| 24 | Shenzhen Wonderful Digital Technology Co., Ltd. | https://wonderful1688.en.alibaba.com |
| 25 | Shenzhen Youfan Industry Co., Ltd. | https://gdyoufan.en.alibaba.com |
| 26 | Shenzhen Zhencheng Technology Co., Ltd. | https://sjcamhd.en.alibaba.com |
| 29 | Zhongshan Mingju Electronic Technology Co., Ltd. | https://mingjukeji.en.alibaba.com |
| 30 | 3C-Camera Store | https://www.aliexpress.com/store/1101375424 |
| 31 | Afant Store | https://www.aliexpress.com/store/1101651753 |
| 32 | A-G-A-G-Technology Store | https://www.aliexpress.com/store/1101954959 |
| 33 | Amy Wholesale Electronic Co., Ltd. | https://www.aliexpress.com/store/1100690124 |
| 34 | Autoeye Super Store | https://www.aliexpress.com/store/1101938215 |
| 35 | Camera base Store | https://www.aliexpress.com/store/1101392634 |
| 36 | CIRO GLOBAL Store | https://www.aliexpress.com/store/1102280544 |
| 37 | Egoer Store | https://www.aliexpress.com/store/1101547338 |
| 39 | EXSKOF Official Store | https://www.aliexpress.com/store/1100790570 |
| 40 | GoPro choice Store | https://www.aliexpress.com/store/1102924785 |
| 42 | HGDO Translation Store | https://www.aliexpress.com/store/1101582206 |
| 43 | Lanbeika 3C Store | https://www.aliexpress.com/store/1100499191 |
| 44 | Long Xiang digital Store | https://www.aliexpress.com/store/1100419886 |
| 45 | PROGRACE Official Store | https://www.aliexpress.com/store/1101539661 |
| 46 | Queenwill Official Store | https://www.aliexpress.com/store/1102560583 |
| 47 | reedtock Global Store | https://www.aliexpress.com/store/1100444079 |
| 49 | Shop Good Friend Tool 9 Store | https://www.aliexpress.com/store/1102508004 |
| 50 | Shop1102733322 Store | https://www.aliexpress.com/store/1102732313 |
| 51 | Shop1102736306 Store | https://www.aliexpress.com/store/1102736307 |
| 52 | Shop1102790377 Store | https://www.aliexpress.com/store/1102789399 |
| 53 | Shop911427011 Store | https://www.aliexpress.com/store/1101612822 |
| 54 | Taomei Digital Store | https://www.aliexpress.com/store/1101548220 |
| 55 | WKS Store | https://www.aliexpress.com/store/1101394927 |

| DOE No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 61 | GOOOY | https://www.amazon.com/sp?seller=A1MC2JV63XFOBM |
| 67 | Pergear | https://www.amazon.com/sp?seller=A3P9EAC3KD93H7 |
| 80 | tyre_pitts | https://www.dhgate.com/store/about-us/21770777.html |
| 81 | BGNing | https://www.ebay.com/str/bgning |
| 82 | bora.akan | https://www.ebay.com/str/boraakan |
| 86 | department-store168 | https://www.ebay.com/usr/department-store168 |
| 88 | first2sav-direct | https://www.ebay.com/usr/first2sav-direct |
| 90 | Girly Donna | https://www.ebay.com/str/girlydonna |
| 91 | g-luckyhome | https://www.ebay.com/str/gluckyhome |
| 92 | Gohiii | https://www.ebay.com/str/angdasshop |
| 93 | hl_1999 | https://www.ebay.com/usr/hl_1999 |
| 94 | keren4829 | https://www.ebay.com/usr/keren4829 |
| 95 | kingsdemit | https://www.ebay.com/usr/kingsdemit |
| 98 | monalp | https://www.ebay.com/str/monalp |
| 99 | oncost | https://www.ebay.com/usr/oncost |
| 104 | wanwanxu | https://www.ebay.com/str/wanwanxu |
| 105 | Welcome to DidiLaDi's Store | https://www.ebay.com/str/clickheresurprise |
| 106 | yolanda2015 | https://www.ebay.com/usr/yolanda2015 |
| 108 | forreste | https://www.temu.com/forreste-m-634418210854094.html |
| 112 | Action Hero | https://www.wish.com/merchant/5e28516125ef5f1d32eb35a3 |
| 116 | FTNY Phone Accessories | https://www.wish.com/merchant/59f5629072765365ede903d2 |
| 117 | Grase's department store | https://www.wish.com/merchant/5ab23a871843541bd9c42f93 |
| 120 | MaojiuzonglulOj | https://www.wish.com/merchant/5e86dc2d333873b7327102a8 |
| 121 | MarycelaGalindo | https://www.wish.com/merchant/5e79f3853a27aa7e2fc1e2da |
| 123* | sipeng888 | https://www.wish.com/merchant/5b6547347f86da11a7aa265f |
| 125 | Telunsi | https://www.wish.com/merchant/5d57f1e040defd70c0ace703 |
| 127 | Ty1012 Store | https://www.wish.com/merchant/5ad49b919c15ff1e17e2864e |
| 128 | xidian store | https://www.wish.com/merchant/5d5e17de560eca4da7b2c4af |
| 129 | Xiny_Store | https://www.wish.com/merchant/5a2a82250f193f548243adfc |

---

* Although the Plaintiff has listed Defendant No. 123 as "sipeng666" in ECF Nos. 68 and 72, that appears to be a clerical error in reproducing the seller information that was set forth in the original Schedule A, ECF No. 12-1, and in the website information accompanying the Plaintiff's filings.