UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cv-20037-MARTINEZ-SANCHEZ

GOPRO, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF
SATISFACTION OF JUDGMENT OF DEFENDANT NO. 108**

WHEREAS a Final Default Judgment and Permanent Injunction was entered in the above action on November 25, 2024 (Dkt. 79), in favor of Plaintiff GOPRO, INC. ("Plaintiff") and against the Defendants identified in the Schedule A attached thereto; Plaintiff desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant only:

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 108 | forreste | https://www.temu.com/forreste-m-634418210854094.html |

Dated: January 10, 2025      Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

*/s/ Leigh Salomon*
Leigh Salomon (FL Bar No. 1054106)
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
Tel: (305) 539-8400
lsalomon@bsfllp.com

***Attorney for Plaintiff GOPRO, INC.***