UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cv-20037-MARTINEZ-SANCHEZ

GOPRO, INC.,

     Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

     Defendants.

_____/

## PLAINTIFF'S MOTION FOR RETURN OF BOND

PLEASE TAKE NOTICE that on November 25, 2024, this Court entered a Final Default Judgment and Permanent Injunction (the "Default Judgment Order") (Dkt. 79). Paragraph 7 of the Default Judgment Order states that "[t]he bond posted by Plaintiff[1] … is hereby ordered released by the Clerk." *Id.* ¶ 7.

Plaintiff respectfully requests that the Court enter the attached Disbursement Order releasing the $5,000.00 bond posted in this case on or around June 7, 2024.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order directing the Clerk to release the bond posted by Plaintiff in the amount of $5,000.00.

Dated: February 14, 2025          Respectfully submitted,

                           **BOIES SCHILLER FLEXNER LLP**

                           */s/ Leigh Salomon*
                           Leigh Salomon (FL Bar No. 1054106)
                           100 SE 2nd Street, Suite 2800
                           Miami, Florida 33131
                           Tel: (305) 357-8450
                           lsalomon@bsfllp.com

                           ***Attorney for Plaintiff GOPRO, INC.***

---

[1] The Final Default Judgment and Permanent Injunction says $10,000.00, but that is a clerical error. The bond was actually only $5,000.00. *See* Clerk's Receipt and Notice of Posting Bond, both dated June 7, 2024. Dkts. 22–23.